

# Notice of Service of Process

**null / ALL**
**Transmittal Number: 18912450**
**Date Processed: 11/02/2018**

| | |
|---|---|
| **Primary Contact:** | Richard Spenner<br>Lincoln Financial Group<br>1300 South Clinton Street<br>Fort Wayne, IN 46802 |
| **Electronic copy provided to:** | Susan Norman<br>Katrese Reeves<br>Debra Mainelli<br>Edith Odgaard<br>Amanda Framme |

| | |
|---|---|
| **Entity:** | Liberty Life Assurance Company Of Boston<br>Entity ID Number  2538002 |
| **Entity Served:** | Liberty Life Assurance Company of Boston |
| **Title of Action:** | Daniel McCarthy vs. Massachusetts Mutual Life Insurance Company |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Contract |
| **Court/Agency:** | Rockingham County Superior Court, NH |
| **Case/Reference No:** | 218-2018-CV-01137 |
| **Jurisdiction Served:** | New Hampshire |
| **Date Served on CSC:** | 11/01/2018 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| **Sender Information:** | James W. Craig<br>603-665-9111 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

**EXHIBIT A**

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
### SUPERIOR COURT

Rockingham Superior Court
Rockingham Cty Courthouse/PO Box 1258
Kingston NH 03848-1258

Telephone: 1-855-212-1234
TTY/TDD Relay: (800) 735-2964
http://www.courts.state.nh.us

## SUMMONS IN A CIVIL ACTION



Case Name: **Daniel McCarthy v Massachusetts Mutual Life Insurance Company, et al**
Case Number: **218-2018-CV-01137**

Date Complaint Filed: October 03, 2018

A Complaint has been filed against Liberty Life Assurance Company of Boston; Massachusetts Mutual Life Insurance Company in this Court. A copy of the Complaint is attached.

**The Court ORDERS that ON OR BEFORE:**

| | |
|---|---|
| November 17, 2018 | Daniel McCarthy shall have this Summons and the attached Complaint served upon Liberty Life Assurance Company of Boston; Massachusetts Mutual Life Insurance Company by in hand or by leaving a copy at his/her abode, or by such other service as is allowed by law. |
| December 08, 2018 | Daniel McCarthy shall electronically file the return(s) of service with this Court. Failure to do so may result in this action being dismissed without further notice. |
| 30 days after Defendant is served | Liberty Life Assurance Company of Boston; Massachusetts Mutual Life Insurance Company must electronically file an Appearance and Answer or other responsive pleading form with this Court. A copy of the Appearance and Answer or other responsive pleading must be sent electronically to the party/parties listed below. |

**Notice to Liberty Life Assurance Company of Boston; Massachusetts Mutual Life Insurance Company:** If you do not comply with these requirements you will be considered in default and the Court may issue orders that affect you without your input.

Send copies to:

| | |
|---|---|
| James William Craig, ESQ | Craig Deachman & Associates PLLC 1662 Elm St Ste 100 Manchester NH 03101 |
| Massachusetts Mutual Life Insurance Company | 1295 State Street Springfield MA 01111 |
| Liberty Life Assurance Company of Boston | PO Box 7213 London KY 40742 |

BY ORDER OF THE COURT

October 03, 2018

Maureen F. O'Neil
Clerk of Court

(931987)

NHJB-2678-Se (07/01/2018)

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
### SUPERIOR COURT

Rockingham Superior Court
Rockingham Cty Courthouse/PO Box 1258
Kingston NH 03848-1258

Telephone: 1-855-212-1234
TTY/TDD Relay: (800) 735-2964
http://www.courts.state.nh.us

## NOTICE TO DEFENDANT

Case Name:      **Daniel McCarthy v Massachusetts Mutual Life Insurance Company, et al**
Case Number:    **218-2018-CV-01137**

You have been served with a Complaint which serves as notice that this legal action has been filed against you in the **Rockingham Superior Court.** Review the Complaint to see the basis for the Plaintiff's claim.

Each Defendant is required to electronically file an Appearance and Answer 30 days after service. You may register and respond on any private or public computer. For your convenience, there is also a computer available in the courthouse lobby.

If you are working with an attorney, they will guide you on the next steps. If you are going to represent yourself in this action, go to the court's website: www.courts.state.nh.us, select the Electronic Services icon and then select the option for a self-represented party.

1. Complete the registration/log in process. Click Register and follow the prompts.
2. After you register, click Start Now. Select **Rockingham Superior Court** as the location.
3. Select "I am filing into an existing case". Enter **218-2018-CV-01137** and click Next.
4. When you find the case, click on the link and follow the instructions on the screen. On the "What would you like to file?" screen, select "File a Response to Civil Complaint". Follow the instructions to complete your filing.
5. Review your Response before submitting it to the court.

**IMPORTANT:** After receiving your response and other filings the court will send notifications and court orders electronically to the email address you provide.

A person who is filing or defending against a Civil Complaint will want to be familiar with the Rules of the Superior Court, which are available on the court's website: www.courts.state.nh.us.

Once you have registered and responded to the summons, you can access documents electronically filed by going to https://odypa.nhecourt.us/portal and following the instructions in the User Guide. In that process you will register, validate your email, request access and approval to view your case. After your information is validated by the court, you will be able to view case information and documents filed in your case.

If you have questions regarding this process, please contact the court at 1-855-212-1234.

NHJB-2678-Se (07/01/2018)

## STATE OF NEW HAMPSHIRE

**ROCKINGHAM, SS**                                   **SUPERIOR COURT**
                                                    218-2018-CV-01137

DANIEL MCCARTHY

v.

MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY
&
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

### COMPLAINT

NOW COMES the Plaintiff, Daniel McCarthy, and says as follows:

### GENERAL ALLEGATIONS

1. Plaintiff Daniel McCarthy (hereinafter "Plaintiff") is a New Hampshire resident with an address of 32 Bald Hill Road, Raymond, New Hampshire.

2. Defendant Massachusetts Mutual Life Insurance Company is the owner/sponsor of the MassMutual Agents Welfare Benefits Plan under which Plaintiff is covered and it is headquartered 1295 State Street, Springfield, Massachusetts, 01111-00001.

3. Defendant Liberty Mutual Life Assurance Company of Boston is the third party disability claims administrator of the Group Term Disability Policy under which the Plaintiff is covered. Liberty Mutual is headquartered at P.O. Box 7213 London, Kentucky 40742-7213.

4. This is an ERISA action brought pursuant to 29 U.S.C. s1132(a)(1)(B). This Court has jurisdiction pursuant to the Employee Retirement Income Security Act of 1974 (ERISA). 29 U.S.C. s1132(e).

## SPECIFIC ALLEGATIONS

5. Plaintiff began working for Massachusetts Mutual Life Insurance Company on or about

6. The Short Term Disability Policy is administered by Liberty Life Assurance Company of Boston.

7. The Short Term Disability Policy under which Plaintiff is covered is an employee welfare benefit plan within the meaning of 29 U.S.C.ss1002(1) and (3).

8. At all times material to this action, Plaintiff was a participant of the MassMutual Agents Welfare Benefits Plan.

## PLAINTIFF'S DISABILITY

9. Plaintiff has a long history of cervical and left shoulder injury and pain. He has undergone a left shoulder arthroscopic surgery for a rotator cuff tear, a laminotomy anf foraminotomy at C6 and C7 for a herniated disc, he suffers persistent neck and left shoulder pain and left upper extremity radicular symptoms, symptomatic and clinical neurologic deterioration, left ulnar neuropathy at the elbow, myofascial pain syndrome, cervical radiculitis and spondylosis and left shoulder bursitis.

10. That as a result of Plaintiff's condition, he is prescribed Tramadol, a synthetic narcotic pain reliever, Skelaxin, used to treat muscle spasm and pain, and Lyrica to relieve nerve pain.

11. Due to the continued deterioration of his condition, Plaintiff became disabled from work in November, 2016.

12. That due to his condition, Plaintiff's claim for short term disability was approved in December, 2016 and terminated on February 21, 2017.

13. That Plaintiff appealed that decision and a final denial was made on October 16, 2017 as "……proof of continued disability in accordance with the Policy provisions beyond February 21, 2017 has not been provided……."

14. That Salony Majmudar, M.D., a treating physician at New England Neurological Associates stated in August, 2017 that "Mr. McCarthy's pain significantly affects his ability to pay attention and concentrate at work on a daily basis. The medications he takes to control his pain affect his ability to stay constantly alert. This prevents him from making important phone calls and financial decisions for clients. This also affects his ability to complete paperwork accurately and thoroughly. His level of pain can reach a ten out of ten level on a daily basis, requiring frequent unpredicted breaks from work and interruptions/delays with client meetings. He cannot drive more than 15 minutes without pain and irritation."

15. Despite the above report, Liberty Mutual's denial letter, without benefit of a physical examination, stated in part, "There are no handling/fingering/feeling restrictions. There are no restrictions and/or limitations with meeting with clients, and completing paperwork, sit, stand, walk, drive. You can make frequent phone calls. Within these restrictions you can work full time in a sustained capacity as an agent."

16. That Plaintiff requested all of the materials used in formulating the denial of his claim and received the results of an investigation made of Plaintiff's social media outlets wherein he is depicted in photographs taken on beaches and on trips that he won while working. Most of the photographs are from trips taken outside of the time of disability. None of this

material, while surely influencing the decision, was mentioned in the decision itself.

17. That although several of Plaintiff's treating physicians have indicated that he is disabled, Defendants have refused to properly consider that medical evidence in favor of the opinion of a California physician who has never performed a physical examination on the Plaintiff.

18. That Defendants have refused to consider the effects of pain and of pain medication in deciding that Plaintiff has the ability "to perform all of the material and substantial duties of his occupation….." (Liberty Mutual Denial Letter)

## CLAIM FOR RELIEF
### (Recovery of Plan Benefits, 29 U.S.C. s1132(a)(1)(B))

19. Plaintiff incorporates paragraphs 1 through 15 into this Claim for Relief.

20. This is a claim to recover benefits, enforce rights, and clarify rights to future benefits under 29 U.S.C. s1132(a)(1)(B).

21. Pursuant to s1132(a)(1)(B), Plaintiff, as a participant of the Short Term Disability Plan, is entitled to sue for a judicial determination and enforcement of benefits.

22. Defendants improperly denied Plaintiff's Short Term Disability Benefits to which he is entitled under the terms of the Massachusetts Mutual Life Insurance Group Term Disability Plan, in contravention of the Plan and ERISA.

23. Based on the facts articulated above, Plaintiff asserts Defendants' denial of Plaintiff's Short Term Disability Benefits was arbitrary and capricious.

24. Based on the facts articulated above, Plaintiff asserts Defendants' denial of Plaintiff's Short Term Disability Benefits constitutes an abuse of discretion.

WHEREFORE, the Plaintiff, Daniel McCarthy, respectfully requests this Honorable Court:

A. Enforce Plaintiff's rights under Defendant's group insurance plan;

B. Order Defendant to pay all past due disability benefits;

C. Order Defendant to pay ongoing disability benefits until such time that Plaintiff may no longer be considered disabled under the terms of the Defendant's insurance policy;

D. Order Defendants to pay interest on past due disability benefits;

E. ORDER Defendant to pay Plaintiff's reasonable attorney's fees and costs, pursuant to 29 U.S.C.A. 1132(g)(1), and;

F. Order such other and further relief as the Court deems equitable, just and proper.

Respectfully submitted,
Daniel McCarthy
By his attorneys,

Date: 10/1/18

Craig, Deachman &Associates, PLLC

James W. Craig, Esq. NH Bar# 183
1662 Elm Street

**EXHIBIT A**

Manchester, NH 03101
(603)665-9111
jcraig@cda-law.com

# Merrimack County Sheriff's Office
SHERIFF SCOTT E. HILLIARD
333 Daniel Webster Hwy
Boscawen, NH 03303
Phone: 603-796-6600

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON
10 FERRY ST    313
CONCORD, NH 03301

AFFIDAVIT OF SERVICE

MERRIMACK, SS                                              11/ 1 /18

I, DEPUTY STACIE FISKE, on this date at 2:55 a.m./(p.m), summoned
the within named defendant LIBERTY LIFE ASSURANCE COMPANY OF BOSTON as
within commanded, by leaving at the office of Registered Agent Corporation
Service Company, 10 Ferry Street, Suite 313, Concord, said County and State
of New Hampshire, its true and lawful agent for service of process under
and by virtue of Chapter 293-A New Hampshire RSA, as amended, a true and
attested copy of this Summons and Complaint.

FEES

    Service    $25.00
    Postage      1.00
    Travel      15.00
               _____
TOTAL          $41.00

                                    _____
                                    DEPUTY STACIE FISKE
                                    Merrimack County Sheriff's Office

**A TRUE COPY ATTEST:**

_____
STACIE FISKE, DEPUTY
Merrimack County Sheriff's Office