UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| DANIEL McCARTHY,<br>         Plaintiff,<br><br>v.<br><br>MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY; and LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,     Defendants. | C.A. No. 1:18-cv-01120 |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Daniel McCarthy and Defendants Massachusetts Mutual Life Insurance Company and Liberty Life Assurance Company of Boston, by and through their undersigned counsel, herby stipulate to the DISMISSAL WITH PREJUDICE of all claims in the above-captioned case; all parties to bear their own costs and attorneys' fees.

DATED: March 6, 2019

| | |
|---|---|
| DANIEL McCARTHY,<br><br>By his Counsel,<br><br>/s/ James W. Craig<br>James W. Craig (183)<br>CRAIG, DEACHMAN & ASSOCIATES, PLLC<br>1662 Elm Street<br>Manchester, NH 03101<br>Tel: (603 665-9111<br>jcraig@cda-law.com | LIBERTY LIFE ASSURANCE COMPANY OF BOSTON; and MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>By their Counsel,<br><br>/s/ Byrne J. Decker<br>Byrne J. Decker (9300)<br>OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.<br>2 Monument Square, 7th Floor<br>Portland, ME 04101<br>Tel: (207) 387-2963<br>Fax: (207) 387-2986<br>byrne.decker@ogletree.com |

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 6, 2019, a copy of the foregoing Stipulation of Dismissal with Prejudice was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

                                            /s/ Byrne J. Decker
                                            Byrne J. Decker (9300)